JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 20-2117 JGB (KKx)** | Date | February 8, 2022 |
|---|---|---|---|
| Title | *Ramon Carter v. Linus Amarikwa, et al.* | | |

| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |
|---|---|

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None | None |

**Proceedings:** Order DISMISSING Plaintiff's Complaint for Failure to Prosecute (IN CHAMBERS)

Plaintiff Ramon Carter filed this action against Defendants on October 9, 2020. ("Complaint," Dkt. No. 1.) On January 18, 2021, Plaintiff moved for default judgment. (Dkt. No. 16.) On February 25, 2021, the Court denied Plaintiff's motion. (Dkt. No. 19.) The Court ordered Plaintiff, if he wished to pursue his claims, to file an amended complaint within 14 days of the order. (Id.) Plaintiff failed to file an amended complaint.

Rule 41(b) of the Federal Rules of Civil Procedure grants the Court authority to sua sponte dismiss actions for failure to prosecute or failure to comply with court orders. See Fed. R. Civ. P. 42(b); Wolff v. California, 318 F.R.D. 627, 630 (C.D. Cal. 2016). A plaintiff must prosecute his case with "reasonable diligence" to avoid dismissal pursuant to Rule 41(b). Anderson v. Air W., Inc., 542 F.2d 522, 524 (9th Cir. 1976). Here, Plaintiff has failed to prosecute this case with reasonable diligence.

Accordingly, the Court DISMISSES Plaintiff's action pursuant to Rule 41(b).

The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**